SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 2 2014
CLERK, U.S. DISTRICT COURT
By_____
     Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | TO BE FILED UNDER SEAL |
| v. | |
| HUNTER LEE FOSTER (1)<br>ROSA AIDEE GOMEZ SALINAS (2)<br>   a.k.a. Jade | Case No.<br>3-14CR-466-P |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Distribute a Controlled Substance
### (Violation of 21 U.S.C. § 846)

Beginning on or about August 1, 2014, the exact date being unknown to the Grand Jury, and continuing until the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere, defendants, **Hunter Lee Foster, Rosa Aidee Gomez Salinas, a.k.a. Jade**, and others both known and unknown, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, with each other and with other persons both known and unknown, to commit certain offenses against the United States, to-wit: possess with the intent to distribute and to distribute a mixture or substance containing a detectable amount of 3,4-methylenedioxy-N-ethylcathinone (ethylone), a positional isomer of butylone, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

*In violation of 21 U.S.C. § 846.*

Indictment - Page 1

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214-659-8809

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

HUNTER LEE FOSTER (1)
ROSA AIDEE GOMEZ SALINAS (2)
a.k.a. "Jade"

SEALED INDICTMENT

21 U.S.C. § 846
Conspiracy to Distribute a Controlled Substance

(1 COUNT)

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this __2__ day of December, 2014

**WARRANT TO ISSUE FOR DEFENDANTS HUNTER LEE FOSTER and ROSA AIDEE GOMEZ SALINAS**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
(No Criminal Case Pending)